AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

PEDRO ALBERTO CABRALES-GUAJARDO,
JUAN MANUEL TORRES-DOMINGUEZ,
EDDY FRANCISCO SERRANO-MARTINEZ,
CESAR ZAMORA MUNIZ, AND ALBERTO
ZAMORA GALVAN,
Plaintiffs,

v.

EUGENE LIGHT, BRANDON LAFFERE, L&L FARMS, LLC, AND 2L PRODUCE, LLC,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-21-CV-026-AM/CW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In the present cause of action, the parties filed a Joint Stipulation of Dismissal that complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 19.) Accordingly, it is hereby ORDERED that all of the Plaintiffs' claims against all of the Defendants are DISMISSED WITH PREJUDICE, with the parties bearing their own costs.

05/18/2022
Date

Jeannette J. Clack
Clerk

*S. Sanchez*

(By) Deputy Clerk